IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | |
|---|---|
| ATM MUNIR UDDIN | § |
| VS. | §    CIVIL ACTION NO. 1:05cv64 |
| RONALD MCGOWAN, ET AL. | § |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE's REPORT AND RECOMMENDATION

Plaintiff Atm Munir Uddin, an inmate confined at the Correctional Service Corporation Center in Beaumont, Texas, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983.

The court heretofore referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The Magistrate Judge recommends this action be dismissed for want of prosecution.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence.  No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[1]

### O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED** this the 6 day of **July, 2005.**

_____
Thad Heartfield
United States District Judge

---

[1] The copy of the report mailed to plaintiff was returned to the court as undeliverable.  Plaintiff has not provided the court with a current address at which he may be contacted.